IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DR. LARRY N. FERGUSON, et. al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:10-cv-01768 AWI JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>(Doc. 27) |

    Plaintiff Vencil Green is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rules 302 and 303.

    On March 22, 2012, the Magistrate Judge filed Findings and Recommendations denying Plaintiff's motion for preliminary injunction. (Doc. 26). Plaintiff sought to prohibit unrelated third parties, namely, prison law library personnel, from denying him access to the law library—a request that was unrelated to the merits of his present claims for inadequate medical care. (Doc. 26). The Magistrate denied Plaintiff's request, as Plaintiff failed to meet his burden of proving preliminary relief was warranted. (Id.) The Magistrate's Findings and Recommendations informed Plaintiff that any objections to the Findings and Recommendations were to be filed

1

within twenty-one days. No objections have been filed.

Therefore, in accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 22, 2012, are adopted in full; and

2. Plaintiff's motion, filed on January 24, 2012, which seeks a preliminary injunction prohibiting law librarian J. Guzman and Legal Officer, I. Vela Lopez, from denying him access to the law library is DENIED.

IT IS SO ORDERED.

Dated:   April 18, 2012                                    _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE