IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DR. LARRY N. FERGUSON, et. al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:10-cv-01768 AWI JLT (PC)<br><br>**ORDER GRANTING REQUEST FOR COURTESY COPY OF SCHEDULING ORDER**<br><br>(Doc. 28) |

Plaintiff Vencil Green is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2012, Plaintiff filed a motion seeking "clarification" relating to discovery in this matter. (Doc. 28). Plaintiff states that he had not received a scheduling order in this case allowing discovery, but did receive discovery requests propounded by Defendants. (Id.) Plaintiff requests the Court "reiterate" its scheduling order, if one had been issued. (Id.)

Generally, the Court will not provide copies of orders that were previously served. However, On the one occasion, the Court will provide Plaintiff with a courtesy copy of the Discovery and Scheduling Order in this matter. (Doc. 22).

Accordingly, it is HEREBY ORDERED that:

1.　　Plaintiff's request for a copy of the Discovery and Scheduling Order issued

December 23, 2011 is GRANTED;

    2.    The Clerk of the Court is instructed to send Plaintiff a courtesy copy of the Court's December 23, 20111 Discovery and Scheduling Order.  (Doc. 22).

IT IS SO ORDERED.

Dated:   **April 19, 2012**                              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE