1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

VENCIL GREEN,                            Case No. 1:10-cv-01768-AWI-JLT  (PC)

12
                                Plaintiff,  **ORDER DISREGARDING**
13                                           **DECLARATION**

vs.
14                                           (Doc. 31).

DR. LARRY N. FERGUSON, et. al.,

15
                                Defendants.
16

17          On September 27, 2010, Plaintiff initiated this civil rights action against various

18   individuals. (Doc. 1).  He was later allowed to proceed against two defendants: Dr. Lakovic and

19   Dr. Ferguson. (Doc. 15).  Plaintiff has recently filed a "Declaration" in which he describes two

20   rule violations he recently received for exhibitionism.  (Doc. 31).  He complains that Defendants

21   and other individuals are violating court orders issued in 2007 by Judge Lawrence K. Karlton in

22   retaliation for the filing of the instant case.  (Doc. 31).  It appears Plaintiff is merely trying to

23   inform the Court of recent developments, as he does not ask that this Court take any particular

24   action.

25          To the extent Plaintiff seeks an evidentiary ruling from this Court on the actions of

26   persons not named as defendants in this case, Plaintiff is advised that the Court does not have

27   jurisdiction over such individuals, nor does it have the ability to enforce an order issued in a

28   separate case.  As for any actions taken by Defendants, Plaintiff is further reminded that the Court

1

1   will not rule on the admissibility of evidence unless or until the evidence is submitted in

2   conjunction with a motion to decide an issue in the case (or in opposition to such a motion), a

3   motion in limine (or an opposition to such a motion) or during the actual trial.  This means that

4   the Court cannot serve as a repository for Plaintiff's evidence and Plaintiff should not file

5   evidence in the form of exhibits or declarations with the Court unless such evidence is submitted

6   with a motion or in opposition to a motion, as described above.

7          Accordingly, Plaintiff's Declaration (Doc. 31) is DISREGARDED.

8

9

10   IT IS SO ORDERED.

11      Dated:   **May 10, 2012**                    **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28