IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>DR. LARRY N. FERGUSON, et. al.,<br><br>                    Defendants. | Case No. 1:10-cv-01768-AWI-JLT  (PC)<br><br>**ORDER DISREGARDING DECLARATION**<br><br>(Doc. 31). |

On September 27, 2010, Plaintiff initiated this civil rights action against various individuals. (Doc. 1).  He was later allowed to proceed against two defendants: Dr. Lakovic and Dr. Ferguson. (Doc. 15).  Plaintiff has recently filed a "Declaration" in which he describes two rule violations he recently received for exhibitionism.  (Doc. 31).  He complains that Defendants and other individuals are violating court orders issued in 2007 by Judge Lawrence K. Karlton in retaliation for the filing of the instant case. (Doc. 31).  It appears Plaintiff is merely trying to inform the Court of recent developments, as he does not ask that this Court take any particular action.

To the extent Plaintiff seeks an evidentiary ruling from this Court on the actions of persons not named as defendants in this case, Plaintiff is advised that the Court does not have jurisdiction over such individuals, nor does it have the ability to enforce an order issued in a separate case.  As for any actions taken by Defendants, Plaintiff is further reminded that the Court

will not rule on the admissibility of evidence unless or until the evidence is submitted in conjunction with a motion to decide an issue in the case (or in opposition to such a motion), a motion in limine (or an opposition to such a motion) or during the actual trial.  This means that the Court cannot serve as a repository for Plaintiff's evidence and Plaintiff should not file evidence in the form of exhibits or declarations with the Court unless such evidence is submitted with a motion or in opposition to a motion, as described above.

      Accordingly, Plaintiff's Declaration (Doc. 31) is DISREGARDED.

IT IS SO ORDERED.

Dated: **May 10, 2012**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE